Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Henry Eartis Harrison              Case No.    05-63609

Debtor(s)      Chapter    13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 189.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $    90.00   Check one    ■   With the filing of the petition, or
                                     ☐   On or before          

    $    99.00   on or before      12/23/05

    $          on or before

    $          on or before

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date   November 23, 2005                  Signature    /s/ Henry Eartis Harrison

                                                    Henry Eartis Harrison
/s/ David S. Yen                                       Debtor
Attorney for Debtor(s)
David S. Yen
Legal Assistance Foundation of
Metropolitan Chicago
111 W. Jackson Blvd, 3rd Floor
Chicago, IL 60604
312-341-1070
Fax: 312-341-1041

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Henry Eartis Harrison                                               Case No.   05-63609
                                      Debtor(s)         Chapter   13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one   ☐  With the filing of the petition, or
                                   ☐  On or before  _____

$ _____ on or before  _____

$ _____ on or before  _____

$ _____ on or before  _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date  _____            _____

                                                            *UNITED STATES BANKRUPTCY JUDGE*